IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL MARTIN | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-345 |
| UNITED STATES OF AMERICA | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Movant Michael Martin, a federal prisoner, proceeding *pro se*, filed this Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

The motion was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

After reviewing the pleadings and the record, the magistrate judge determined that an evidentiary hearing was necessary to resolve factual issues concerning Movant's claims that trial counsel failed to communicate the government's plea offer and failed to file a notice of appeal after the judgment was entered. An evidentiary hearing was scheduled, and counsel was appointed to represent Movant. At the evidentiary hearing, held on December 20, 2023, Movant orally moved to dismiss the Motion to Vacate Sentence. The government did not object to the motion to dismiss.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the court may dismiss an action at the request of the party who filed the action on terms the court considers proper. After due consideration, the undersigned concludes that the motion to dismiss should be granted, and this Motion to Vacate Sentence should be dismissed.

Recommendation

Movant's motion to dismiss should be granted.

Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996)(en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 5th day of January, 2024.

_____
Zack Hawthorn
United States Magistrate Judge